UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BIN IBRAHIM,

Petitioner,

v.

TODD BLANCHE, Acting United States Attorney General, et al.,

Respondents.

Case No.:  26-CV-2303 JLS (SBC)

**ORDER TRANSFERRING CASE**

In the interest of "efficient administration of the judicial business of the district," *see* Civ. L.R. 40.1(a), and because this case is related to *Ibrahim v. Christopher LaRose*, 26-CV-837 LL (DDL) (S.D. Cal. 2026), the Court directs the Clerk to immediately reassign this case to Judge Linda Lopez.  *See In re Marshall*, 721 F.3d 1032, 1040 (9th Cir. 2013) ("[J]udges are vested with inherent authority to transfer cases among themselves for the expeditious administration of justice.") (cleaned up).

**IT IS SO ORDERED.**

Dated:  April 13, 2026

Hon. Janis L. Sammartino
United States District Judge

Dated:  April 13, 2026

Honorable Linda Lopez
United States District Judge

1

26-CV-2303 JLS (SBC)