

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BIN IBRAHIM,

Petitioner,

v.

CHRISTOPHER LAROSE,

Respondent.

Case No.:  26cv837-LL-DDL

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Bin Ibrahim's second Petition for Writ of Habeas Corpus. [ECF No. 1 ("Pet.")]. A habeas petition brought under 28 U.S.C. § 2241 is subject to the same screening requirements that apply to those brought under 28 U.S.C. § 2254. See Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rule(s)"); Habeas Rule 1(b) (providing that district courts may apply the Habeas Rules to habeas petitions that are not brought under 28 U.S.C. § 2254). Accordingly, a district court "must promptly examine" the petition and, "[i]f it plainly appears from the petition ... that the petitioner is not entitled to relief," the "judge must dismiss the petition." Habeas Rule 4; *Mayle v. Felix*, 545 U.S. 644, 656 (2005).

On April 2, 2025, this Court denied with prejudice Petitioner's first Petition for Writ of Habeas Corpus. *See Ibrahim v. Larose*, No. 26-cv-00837-LL-DDL, ECF No. 7 (S.D.

1

26cv837-LL-DDL

Cal. April 2, 2026). In that Order, the Court explained that Petitioner is subject to mandatory detention because Petitioner was detained upon entering the United States. *Id.* at 2.

The second Petition does not state any new facts that would warrant a different outcome. The fact that Petitioner has been detained since January 24, 2026 has not changed. Pet. at 8. Courts in this district have required at least seven months of detention to find it to be unreasonable in these types of cases. *See, e.g.*, *Ding v. Noem*, No. 1:26-CV-01217-DJC-SCR, 2026 WL 776029, at *2 (E.D. Cal. Mar. 19, 2026) (finding a detention of eight months without a bond hearing weigh in favor of a bond hearing); *Gurung v. LaRose*, No. 26V920-LL-MSB, 2026 WL 776841, at *4 (S.D. Cal. Mar. 19, 2026) (over eight months); *Khalid v. LaRose*, No. 26-CV-1462 JLS (MSB), 2026 WL 776842, at *2 (S.D. Cal. Mar. 19, 2026) (over seven months); *Peng v. Noem*, No. 26-CV-1329 JLS (SBC), 2026 WL 765628, at *2 (S.D. Cal. Mar. 18, 2026) (over seven months); *Yagoub v. Larose*, No. 26-CV-914 JLS (JLB), 2026 WL 673799, at *2 (S.D. Cal. Mar. 10, 2026) (nearly eight months). Since Petitioner has been detained for less than three months, his detention is not yet unreasonable. Thus, it is clear that Petitioner is not entitled to any relief, and thus this Court must dismiss the Petition.

Accordingly, the Court **DENIES** the Petition **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  April 17, 2026

_____
Honorable Linda Lopez
United States District Judge

2

26cv837-LL-DDL